# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1553

_____

Cleve Wesley Stutzman,                           *
                                                 *
          Appellant,                             *
                                                 *
     v.                                          *
                                                 *
Jarrett Daugherty, Police Officer,               *    Appeal from the United States
Grand Island Police Department;                  *    District Court for the
Ellen L. Totzke, Hall County Attorney,           *    District of Nebraska.
Grand Island; Dave Waskowiak,                    *
Deputy, Hall County Sheriff's Office;            *         [UNPUBLISHED]
Philip M. Martin, Jr., County Judge,             *
Hall County,                                     *
                                                 *
          Appellees.                             *

_____

Submitted: August 7, 1998

Filed: August 14, 1998

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD
     ARNOLD, Circuit Judges.

_____

PER CURIAM.

Cleve Wesley Stutzman appeals from the district court's[1] dismissal of his complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Having reviewed the record and the parties' briefs, we conclude the judgment was correct. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendations of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.